United States District Court
Eastern District of New York

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 10 2009 ★

LONG ISLAND OFFICE

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

_09_ CV _4883_

1) indicated that this case is related to the following case(s):

_____

_____

_____

-OR-

2) the case was directly assigned to Judge  Garaufis  and Magistrate Judge  Tomlinson  as a Pro Se or Habeas case related to

06 CV 1289